UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
STERLING SELECT II ADVISORY LLC,

                                                Plaintiff,           1:23-cv-02939-JPC

      -against-

                                                           **NOTICE OF MOTION**

ARGUS INFORMATION & ADVISORY SERVICES,
LLC, and ARGUS INFORMATION AND ADVISORY
SERVICES, INC.,

                                            Defendants.
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the annexed Declaration of Christopher J. Steele and the exhibits thereto, and Plaintiff's Memorandum of Law, Plaintiff moves this Court, before the Honorable John P. Cronan, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order remanding this matter to the Supreme Court of the State of New York, County of New York and awarding Plaintiff costs and fees incurred by reason of improper removal, together with such other and further relief as this Court may deem just and proper.

Dated: New York, New York
         April 26, 2023

If Plaintiff continues to seek remand of this case to the Supreme Court of the State of New York, New York County, notwithstanding the arguments made in Defendants' memorandum of law in opposition, Dkt. 17, and in the accompanying affidavit, Dkt. 18, Plaintiff shall reply in support of its motion for remand by May 25, 2023.

MORRISON COHEN LLP

By:   /s/ *Edward P. Gilbert*
       Edward P. Gilbert
       Danielle C. Lesser
       909 Third Avenue
       New York, New York 10022
       (212) 735-8600
       egilbert@morrisoncohen.com
       dlesser@morrisoncohen.com

*Attorneys for Plaintiff*

SO ORDERED
Date: May 11, 2023
New York, New York

JOHN P. CRONAN
United States District Judge

#12053562 v1 \025551 \0018