UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                            :

STERLING SELECT II ADVISORY LLC,      :

                                            :

                Plaintiff,                     :

                                            :        23 Civ. 2939 (JPC)

          -v-                              :

                                            :        <u>ORDER</u>

ARGUS INFORMATION AND ADVISORY     :
SERVICES, LLC and ARGUS INFORMATION AND  :
ADVISORY SERVICES, INC.                    :

              Defendants.                :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Pending before the Court is Plaintiff's motion to remand this case to New York State Supreme Court.  Dkts. 12-14.  Defendants opposed that motion, Dkts. 17-18, and Plaintiff filed a reply in support of its motion, Dkts. 20-22.  On May 22, 2024, at 1:00 p.m., the Court will hold a telephonic conference to discuss the motion to remand.  At the scheduled time, the parties should call (866) 434-5269, access code 9176261.  The parties should be prepared to discuss the motion to remand and Plaintiff, in particular, should be prepared to discuss whether it continues to pursue that motion or instead would prefer to proceed with a motion to amend its complaint.

        SO ORDERED.

Dated: May 7, 2024                                _____
       New York, New York                           JOHN P. CRONAN
                                                     United States District Judge