UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
STERLING SELECT II ADVISORY LLC,                                        :
                                                                        :
                        Plaintiff,                                      :
                                                                        :        23 Civ. 2939 (JPC)
        -v-                                                             :
                                                                        :        ORDER
ARGUS INFORMATION AND ADVISORY                                          :
SERVICES, LLC and ARGUS INFORMATION AND                                 :
ADVISORY SERVICES, INC.                                                 :
                                                                        :
                        Defendants.                                     :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

For the reasons discussed with the parties on the record at today's conference, Plaintiff's motion to remand this case to the Supreme Court of the State of New York, New York County, Dkts. 12-14, is denied without prejudice. The Clerk of Court is respectfully directed to close the motion at Docket 12.

The Court additionally grants Plaintiff leave to file a motion to amend the Complaint in accordance with the following schedule. Plaintiff's motion and supporting papers are due on or before June 19, 2024, Defendants' opposition is due on or before July 19, 2024, and Plaintiff's reply, if any, is due on or before August 2, 2024.

        SO ORDERED.

Dated: May 22, 2024                             _____
       New York, New York                              JOHN P. CRONAN
                                                       United States District Judge