**SPIRO HARRISON & NELSON**

**David B. Harrison, Esq.**
dharrison@shnlegal.com

363 Bloomfield Avenue, Suite 2C
Montclair, New Jersey 07042
Direct Dial: (973) 232-4109

February 24, 2025

**VIA ECF AND EMAIL**

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

Re: *Sterling Select II Advisory LLC v. Argus Information & Advisory Services, LLC, et al.*, Civil Action No. No. 1:23-cv-02939- JPC

Dear Judge Cronan:

I write on behalf of Plaintiff Sterling Select II Advisory LLC ("Plaintiff") to respectfully request an adjournment of the February 26, 2025 deadline for Plaintiff to file its amended complaint and the March 5, 2025 deadline for the parties to submit a joint letter proposing next steps in this litigation. ECF No. 48. This is Plaintiff's first request to adjourn these deadlines. The deadlines were set pursuant to Your Honor's Opinion and Order dated February 19, 2025 regarding Plaintiff's Motion For Leave to File Amended Complaint (the "Decision"), which granted in part and denied in part Plaintiff's Motion. *Id.* Plaintiff intends to file a Motion for Reconsideration of the Decision to not permit Plaintiff to join as defendants Nielsen, Commerce Signals and Predict.

The deadline for Plaintiff to file its Motion for Reconsideration is March 5, 2025. L. Civ. R. 6.3. If the Motion for Reconsideration is granted, Plaintiff's Amended Complaint will contain additional parties. Adding those parties in a separate, later filed amended complaint will result in the parties proceeding with the matter on differing deadlines, including the time to respond to the complaint and discovery deadlines. Proceeding on one schedule for all parties will promote efficiency and avoid prejudice to the parties. Accordingly, Plaintiff respectfully requests that this Court adjourn the deadline for Plaintiff to file its Amended Complaint until after a decision is issued on its Motion for Reconsideration.

Counsel for Defendants do not consent to this request because they believe the parties should file a joint letter as ordered by the court on March 5, 2025, but did not provide a specific reason for withholding their consent to adjourn the February 26, 2025 deadline for Plaintiff to file its amended complaint.

Respectfully submitted,

*/s/ David B. Harrison*

David B. Harrison

Plaintiff's request to adjourn the February 26, 2025 deadline to file the Amended Complaint and the parties' March 5, 2025 deadline to file the joint status letter is denied. The instant letter, which identifies no basis for the contemplated reconsideration motion, fails to establish good cause for adjourning the pending deadlines, which would further delay resolution of the merits of this already long-running case. The Clerk of Court is respectfully directed to close Docket Number 50.

SO ORDERED
Date: February 25, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge