```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
STERLING SELECT II ADVISORY LLC,                                       :
                                                                       :
                               Plaintiff,                              :
                                                                       :         23 Civ. 2939 (JPC)
                -v-                                                    :
                                                                       :              ORDER
ARGUS INFORMATION AND ADVISORY                                         :
SERVICES, INC. et al.,                                                 :
                                                                       :
                               Defendants.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Counsel for all parties are directed to appear for a telephonic status conference at 11:00 a.m. on April 8, 2025. Unless the Court orders otherwise, the Court will conduct the conference via Webex. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

Among other issues that the parties may wish to raise, the parties should be prepared to discuss the optimal sequencing of the pending and contemplated motions following the Court's February 19, 2025, Opinion and Order, Dkt. 48. *See* Dkts. 59, 60, 63, 67.

SO ORDERED.

Dated: March 20, 2025
       New York, New York

                                                    _____
                                                         JOHN P. CRONAN
                                                         United States District Judge