UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
STERLING SELECT II ADVISORY LLC,                            :
                                                            :
                           Plaintiff,                       :
                                                            :        23 Civ. 2939 (JPC)
           -v-                                              :
                                                            :        ORDER
ARGUS INFORMATION AND ADVISORY                              :
SERVICES, INC. *et al.*,                                    :
                                                            :
                           Defendants.                      :
                                                            :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On June 18, 2025, Plaintiff moved for leave to file redacted versions of its opposition briefs to Defendants' motions to dismiss and to file unredacted versions of those opposition briefs under seal.  Dkts. 102-04.  Plaintiff, however, has also filed under seal a Declaration by David B. Harrison and a Declaration by Christopher J. Steele, as well as various exhibits to those Declarations.  *See* Dkts. 105-1, 105-6.  Yet Plaintiff's letter motions requesting sealing of Plaintiff's opposition briefs do not request that the Harrison and Steele Declarations and exhibits thereto be maintained under seal as well.  Accordingly, on or before June 25, 2025, Plaintiff shall either file a letter motion in support of sealing the Harrison and Steele Declarations and the exhibits thereto, or shall file those materials publicly on the docket.

      SO ORDERED.

Dated: June 19, 2025
       New York, New York
                                          JOHN P. CRONAN
                                          United States District Judge