UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
STERLING SELECT II ADVISORY LLC,                          :
                                                          :
                              Plaintiff,                  :
                                                          :          23 Civ. 2939 (JPC)
              -v-                                         :
                                                          :          ORDER
ARGUS INFORMATION AND ADVISORY                            :
SERVICES, INC. *et al.*,                                  :
                                                          :
                              Defendants.                 :
                                                          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court will hold an in-person conference on the pending discovery dispute, *see* Dkts. 146-150, on January 15, 2026, at 4:00 p.m., in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007. At the conference, Plaintiff should be prepared to discuss how its discovery requests are meaningfully narrower than the ones this Court previously considered and rejected as irrelevant and unduly burdensome, Dkt. 142, and to explain whether there are any allegations in the Amended Complaint, Dkt. 54, *against Defendant* concerning the Nielsen Impact Score and Nielsen Impact Score Pro. *Compare* Dkt. 149 at 3, *with* Dkt. 150 at 2-3.

The Court is also in receipt of Plaintiff's motion to extend the fact discovery deadline, which it indicates Defendant opposes. Dkt. 151 at 3. Defendant shall explain its grounds for opposition by January 8, 2026.

SO ORDERED.

Dated: January 6, 2026
       New York, New York
                                          _____
                                                  JOHN P. CRONAN
                                             United States District Judge