# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Eric Kuwana**                Direct Dial: **212-210-9586**            Email: **eric.kuwana@alston.com**

March 20, 2026

**<u>VIA ECF AND EMAIL</u>**

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

For the reasons expressed in Defendant's letter, and as previously recognized by this Court, *see* Dkts. 36, 56, 135, 162, the instant request to file under seal an unredacted version of Defendant's Answer and Counterclaim to Plaintiff's Amended Complaint is granted. The Clerk of Court is respectfully directed to close Docket Number 164.

SO ORDERED.
Date: March 25, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

Re:    Sterling Select II Advisory LLC v. Argus Information & Advisory Services, Inc., No. 1:23-CV-02939-JPC

Counsel:

I write on behalf of Defendant Argus Information and Advisory Services, Inc. ("Argus" or "Defendant") pursuant to Rule 4.B.ii of Your Honor's Individual Rules and Practices in Civil Cases to seek leave to file: (1) an unredacted version of Argus's Answer and Counterclaim to Plaintiff's Amended Complaint (the "Answer") under seal; and (2) a redacted version of the Answer.

On February 27, 2025, the Court granted Plaintiff's motion to file the unredacted Amended Complaint under seal and a redacted version publicly. (ECF No. 56). Following this Court's Order granting Argus's partial motion to dismiss the Amended Complaint, Defendant now seeks to file the Answer. Given that this Court has previously granted Plaintiff's motion to seal portions of the Amended Complaint, at Plaintiff's request, Defendant also seeks leave to file the same portions of the Amended Complaint that are reflected in the Answer under seal.

We are available at Your Honor's convenience if the Court requires any additional information.

Sincerely,

*/s/ Eric Kuwana*
Eric Kuwana

cc: All Counsel of Record