UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STERLING SELECT II ADVISORY LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARGUS INFORMATION & ADVISORY<br>SERVICES, INC., and VERISK ANALYTICS,<br>INC.<br>Defendants. | **Civil Action No. 1:23-CV-02939-JPC**<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Plaintiff Sterling Select II Advisory LLC ("Plaintiff" or "Select"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 59(e) and Local Rule 6.3, hereby respectfully moves this Court, before the Honorable John P. Cronan, United States District Judge of the United States District Court for the Southern District of New York, 500 Pearl Street, Room 1320, New York, NY 10007, for an order granting Plaintiff's motion to reconsider its March 6, 2026 Opinion and Order granting Argus Information and Advisory Services, Inc.'s motion to dismiss, and for such other and further relief as the Court deems necessary and proper.

The grounds upon which Plaintiff seeks relief are set forth in detail in the accompanying Memorandum of Law.

SHN\895693.1

Dated: March 20, 2026                    Respectfully submitted,

                                         **SPIRO HARRISON & NELSON**

                                         */s/ David B. Harrison*
                                         David B. Harrison, Esq.
                                         Michelle C. Clerkin, Esq.
                                         Evan Bianchi, Esq.
                                         Richard T. Barkauskas III, Esq.
                                         100 Peal Street, Suite 1803
                                         New York, NY 10004
                                         (646) 880-8850
                                         dharrison@shnlegal.com
                                         mclerkin@shnlegal.com
                                         ebianchi@shnlegal.com
                                         rbarkauskas@shnlegal.com

                                         *Attorneys for Plaintiff*

In accordance with Local Civil Rules 6.3 and 6.1(b), Defendants' response to Plaintiff's motion to reconsider will be due April 3, 2026; Plaintiff's reply will be due April 10, 2026.

SO ORDERED.
Date: March 25, 2026
New York, New York               JOHN P. CRONAN
                             United States District Judge