**Barnes &**
**Thornburg**

2121 N. Pearl Street, Suite 700
Dallas, TX 75201 U.S.A.
(214) 258-4200
Fax: (214) 258-4199

www.btlaw.com

Thomas G. Haskins, Jr.
Partner
214-258-4200
thaskins@btlaw.com

April 30, 2026

**VIA ECF**
Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      **RE:**    **Case 1:23-cv-02939-JPC;** *Sterling Select II Advisory LLC v. Argus Information*
             *and Advisory Services, LLC et al*

Dear Judge Cronan:

    I am lead counsel for Verisk Analytics, Inc. and write to respectfully request an adjournment of the status conference currently scheduled for June 11, 2026. I have a preplanned (and fully prepaid) international anniversary trip with my wife from June 8-18, 2026, and specifically on June 11 will be away from cell or internet service for the full day.

    I have conferred with counsel for all parties regarding this request, and it is unopposed. Subject to the Court's availability, the parties are available on the following alternative dates: June 3 or 4, 2026.

    This request is made in good faith, not for purposes of delay, and promptly upon recognizing the scheduling conflict. This is the first request for adjournment of this conference. The requested adjournment will not affect any other scheduled dates or deadlines.

    Thank you for the Court's consideration.

The request is granted. The conference is rescheduled to June 3, 2026 at 2:00 p.m., although no longer in person. Instead, the Court will conduct the conference via Webex. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307. The Clerk of Court is respectfully directed to close Docket Number 190.

Best Regards,

BARNES & THORNBURG LLP

Thomas G. Haskins, Jr.

SO ORDERED.
Date: May 1, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

Atlanta | Boston | Chicago | Dallas | Delaware | Florida | Indiana | Los Angeles | Michigan | Minneapolis | Nashville | New Jersey
New York | North Carolina | Ohio | Philadelphia | Salt Lake City | San Diego | Washington, D.C.