UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                               :

STERLING SELECT II ADVISORY LLC,         :

               Plaintiff,         :

                               :         23 Civ. 2939 (JPC)

     -v-                      :

                               :         ORDER

ARGUS INFORMATION AND ADVISORY    :
SERVICES, INC. *et al.*,               :

             Defendants.      :

                               :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The status conference currently scheduled for June 3, 2026 at 2:00 p.m., *see* Dkt. 191, is adjourned to July 20, 2026 at 4:00 p.m.  The Court will conduct the conference via Webex.  At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

    SO ORDERED.

Dated:  May 20, 2026
        New York, New York                          JOHN P. CRONAN
                                        United States District Judge