UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STERLING SELECT II ADVISORY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARGUS INFORMATION AND ADVISORY SERVICES, INC., and VERISK ANALYTICS, INC.,<br><br>Defendants. | Case No. 1:23-cv-02939-JPC<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendant Verisk Analytics, Inc. ("Verisk"), by and through its undersigned counsel, and under Federal Rule of Civil Procedure 59(e) and Local Civil Rule 6.3, hereby respectfully moves this Court, before the Honorable John P. Cronan, United States District Judge of the United States District Court for the Southern District of New York, 500 Pearl Street, Room 1320, New York, NY 10007, for an order granting Verisk's motion to reconsider the Court's July 22, 2026 Opinion and Order finding that Plaintiff Sterling Select II Advisory LLC tolled the statute of limitations and setting June 27, 2024 as the relevant date for statute of limitations purposes.

The grounds upon which Verisk seeks relief are set forth in detail in the accompanying Memorandum of Law.

Date: July 29, 2026

Respectfully submitted,

*/s/ Thomas G. Haskins, Jr.*
Thomas G. Haskins, Jr.
New York Bar No. 4808606
thaskins@btlaw.com
Benjamin T. Pendroff
New York Bar No. 5013982
bpendroff@btlaw.com
BARNES & THORNBURG LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
(214) 258-4200
(214) 258-4199 (Facsimile)
***Attorneys for Verisk Analytics, Inc.***

In accordance with Local Civil Rules 6.3 and 6.1(b), Plaintiff's response to Verisk's motion to reconsider will be due August 12, 2026; Verisk's reply will be due August 19, 2026.

SO ORDERED.
Date: July 30, 2026
New York, New York

JOHN P. CRONAN
United States District Judge