UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STERLING SELECT II ADVISORY LLC,

Plaintiff,

-v-

ARGUS INFORMATION AND ADVISORY SERVICES, INC. *et al.*,

Defendants.

---

23 Civ. 2939 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On July 22, 2026, this Court ordered Select and Verisk to "file a letter by July 29, 2026[] laying out precisely how the proper date of June 27, 2024 for statute-of-limitations purposes affects" the remaining claims against Verisk, explaining that the Court may "dismiss more claims against Verisk after the parties submit their views on how the correct filing date of June 27, 2024 affects their statutes-of-limitations arguments." Dkt. 214 at 16-17. In response, the parties agree that Counts Five and Six are time-barred, so the Court dismisses those Counts against Verisk with prejudice. Dkt. 209 ("Verisk Letter") at 1-2; Dkt. 211 ("Select Letter") at 1.

The parties further agree that any breaches alleged in Counts One, Three, Seven, Eight, and Eleven and enrichment alleged in Count Ten occurring before the correct filing date are time-barred, *see* Verisk Letter at 2; Select Letter at 1, although Verisk has moved this court to reconsider the correct filing date as March 11, 2025 rather than June 27, 2024, a motion which Select opposes, *see* Dkts. 212, 215. The parties further disagree on whether Count Two—for misappropriation of trade secrets—is time-barred. *Compare* Verisk Letter at 2-5, *with* Select Letter at 1-3.

The Court will resolve the motion to reconsider and the parties' arguments as to Count Two at a later date.

SO ORDERED.

Dated: August 20, 2026
New York, New York

JOHN P. CRONAN
United States District Judge